**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————————————

**GRAZYNA SKLOWDOWSKA-GREZAK,**

                **Plaintiff,**
      - against -
**JUDITH A. STEIN, PH.D, ET AL.,**

                **Defendants.**

15-cv-1670

**MEMORANDUM OPINION**
**AND ORDER**

——————————————————————————

**JOHN G. KOELTL, District Judge:**

    The Court has received the plaintiff's motion for reconsideration, ECF No. 96.

    "The standard for granting [a motion for reconsideration] is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." Shrader v. CSX Trasp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). The plaintiff has failed to make such a showing, and has not pointed to any information that "might reasonably be expected to alter the conclusion reached by the court." Id.

    The motion for reconsideration is **denied.** The Clerk is directed to close ECF No. 96. The Court has also entered a separate Memorandum Opinion and Order dismissing this case.
**SO ORDERED.**

**Dated:**    New York, New York
           **February 20, 2017**    /s/_____
                                                  **John G. Koeltl**
                                       **United States District Judge**