UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRAZYNA SKLOWDOWSKA-GREZAK,

                      Plaintiff,

     - against -

JUDITH A. STEIN, PH.D, ET AL.,

                      Defendants.

---

15-cv-1670

**MEMORANDUM OPINION AND ORDER**

**JOHN G. KOELTL, District Judge:**

The Court has received the plaintiff's motion to reopen the case, ECF No. 101. Rule 60(b)(4) of the Federal Rules of Civil Procedure empowers the Court to order relief from a final judgment if "the judgment is void." A judgment is void only if "the Court lacked jurisdiction over the parties, the subject matter, or both," or if the Court "acted in a manner inconsistent with due process of law." Beller & Keller v. Tyler, 120 F.3d 21, 23 (2d Cir. 1997) (quotation marks omitted). The plaintiff argues that her August 26, 2016 appeal of certain non-final orders deprived the Court of jurisdiction over the case. But the plaintiff's appeal was dismissed on January 11, 2017, prior to the entry of judgment. See Sklodowska-Grezak v. Stein, 16-3052, Dkt. No. 37 (Jan. 11, 2017); ECF No. 100 (entered February 21, 2017).

The plaintiff has therefore failed to make a showing that the judgment is void, or that there are any other grounds for relief from the judgment. The motion to reopen is therefore **denied**. The Clerk is directed to close ECF No. 101.

**SO ORDERED.**

Dated:   New York, New York
         March 21, 2017

                                    _____
                                           John G. Koeltl
                                    **United States District Judge**